BRETT L. TOLMAN, United States Attorney (#8821)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2001 FEB -2  P 3: 51

DISTRICT OF UTAH

BY: _____
            CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **MISDEMEANOR** |
| | : | **INFORMATION** |
| vs. | | |
| | : | VIO.  18 U.S.C. § 611 |
| SERGIO TORRES CRUZ, | | (Voting by Alien) |
| | : | |
| Defendant. | | |

**Judge David Nuffer**
**DECK TYPE: MAG - Misd DIRECT Assign**
**DATE STAMP: 02/02/2007 @ 15:56:02**
**CASE NUMBER:  2:07CR00075**

The United States Attorney charges:

COUNT I

On or about November 7, 2002, in the Central Division of the District of Utah,

SERGIO TORRES CRUZ,

defendant herein, an alien, fully knowing he was not a United States citizen, did

knowingly vote in an election held in part for the purpose of electing a candidate for the

office of Member of the House of Representatives; all in violation of 18 U.S.C. § 611.

BRETT L. TOLMAN
United States Attorney


LYNDA R. KRAUSE
Assistant United States Attorney