BRETT L. TOLMAN, United States Attorney (#8821)
LYNDA KRAUSE, Assistant United States Attorney   (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07 CR 75 DN |
| Plaintiff, | **AMENDED MISDEMEANOR INFORMATION** |
| vs. | |
| SERGIO TORRES CRUZ, | VIO. 18 U.S.C. §1018 - FALSE WRITINGS |
| Defendant. | |

---

## COUNT I
(18 U.S.C. § 1018)

On or about April 15, 2006, in the Central Division of the District of Utah,

## SERGIO TORRES CRUZ,

the defendant herein, a person authorized by the laws of the United States to make and give

certificates and writings, did knowingly make and deliver as true such a certificate and writing,

which contained a statement he knew to be false; to wit:  he claimed that he had never been

arrested or charged with breaking or violating any law of the United States on his United States

Immigration and Naturalization Form I-485; all in violation of 18 U.S.C. § 1018.

DATED this ___27___ of ___Aug.___, 200_7_.

BRETT L. TOLMAN
United States Attorney


LYNDA R. KRAUSE
Assistant United States Attorney

2

AO 257 (Rev. 6/78) ⊜

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

FILED
U.S. DISTRICT COURT

**CENTRAL - DISTRICT OF UTAH**

2007 AUG 27  P 3: 55

─── OFFENSE CHARGED ───

**FALSE WRITINGS**

☐ Petty
☐ Minor
☐ Misde-
    meanor
☐ Felony

Place of offense
Utah County
Central Division
District of Utah

─── U.S.C. Citation ───

**18 U.S.C. 1018**

─── DEFENDANT — U.S. vs. ───

**SERGIO TORRES CRUZ**

Address {

Birth Date [                    ]

(Optional unless a juvenile)

☒ Male      ☐ Alien
☐ Female    (if applicable)

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**Brett L. Tolman**

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

**LYNDA R. KRAUSE**

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

☐ Fed'l  ☐ State

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed [          ]

Mo.    Day    Year

DATE OF ARREST ▶ [          ]

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶ [          ]

Mo.    Day    Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───