BRETT L. TOLMAN, United States Attorney (#8821)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:07CR00075DN |
| Plaintiff, | : | |
| vs. | : | GOVERNMENT'S POSITION REGARDING PRESENTENCE REPORT |
| SERGIO TORRES CRUZ, | : | |
| Defendant. | : | Judge David Nuffer |

---

The United States of America, by and through the undersigned Assistant United States

Attorney, pursuant to Rule 32(b)(6)(B) of the Federal Rules of Criminal Procedure, hereby

indicates that the government has no objections to the presentence report.

DATED this 18th day of October, 2007.

BRETT L. TOLMAN
United States Attorney


/s/ Lynda R. Krause
LYNDA R. KRAUSE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and

that a copy of the foregoing GOVERNMENT'S POSITION REGARDING PRESENTENCE

REPORT, was provided to all parties named below, this 18th day of October, 2007.

John D. Sorge
299 South Main Street, 13th Floor
Salt Lake City, Utah 84111

Meggen Van Sciver
United States Probation Officer

/s/ Emily Adams
U.S. Attorney's Office