The Honorable David O. Nuffer                                October 29, 2007
U.S. Magistrate Judge
350 South Main Street
Salt Lake City, UT 84111

RE:     <u>United States of America v. Sergio Torres Cruz</u>, Case No. 2:07-CR-75-DN

Dear Magistrate Nuffer:

I have consulted with my client regarding the presentence report in the above-referenced matter. The following are changes that Mr. Cruz would like to make to the report. I am also enclosing eleven pages of letters from various individuals in support of Mr. Cruz at the time of his sentencing. Courtesy copies are also being sent to Assistant U.S. Attorney, Lynda Krause, and to U.S. Probation Officer, Meggen Van Sciver.

Presentence Investigation Report

| | |
|---|---|
| Cover Page | Legal address is 8514 South Laurel **Oak** Drive |
| P.3 | Penultimate sentence: "locking her in a closet without food or water for long periods of time." Mr. Cruz and his wife Rebecca state this did not happen. |
| P.4 | Four sentences from the bottom: "then drug her by her hair." Mr. Cruz and his wife Rebecca state this did not happen. |
| P.5 | First full paragraph five lines from the bottom: "The victim informed Officers she received the protective order after the defendant had chocked [sic] her, then rapped [sic] her, and told her if she tried to leave him he would kill her." Mr. Cruz and his wife Rebecca state this did not happen. |
| P.5 | Second to last sentence: "to kill the couple's 3-month-old child." Mr. Cruz and his wife state this did not happen. |
| P. 7 | Paragraph 29, second line "girlfriend" should be "wife." <br> Paragraph 29, 4 lines from beginning: "exboyfriend" should be "husband" and "husband placed jeans in the oven while she was absent from the home, 'hoping the oven and house would blow up and kill her and her two children (ages 2 months and 17 months).'" Mr. Cruz and his wife state this did not happen. |
| P. 7 | Paragraph 30, 3 lines from beginning: "stated the defendant was still residing in the home at her request. On this date the defendant wrapped his arms around the victim's upper body and began to crush her chest." Mr. Cruz and his wife state this did not happen. |
| P. 7 | Paragraph 31: Mr. Cruz and his wife state that paragraph 31 should read, "A neighbor called and offered Mr. Cruz a ride to the hospital for his baby because his baby had RSV. The baby stayed overnight at the hospital, was treated and released. The next day Mr. Cruz stayed for a few days to |

|  | make sure the baby was stabilized." |
|---|---|
| P. 8 | Paragraph 32: "On October 4, 2003, records from the Salt Lake City Police Department reflect officers found the defendant inside of a city park after park curfew. The defendant received a citation and was told to leave the area." Mr. Cruz and his wife state this is a different person. |
| P. 8 | Paragraph 35: Mr. Cruz's correct name is "Sergio Guillermo Torres-Cruz." Additionally, defendant was born in "Sonora" not "Senora" Mexico. |
| P. 9 | Paragraph 36: "Germany" should be replaced with "Hidalgo." |
| P.9 | Paragraph 39: "The defendant married Rebecca (Templin) Torres" but "Cruz" should be deleted as it applies to Mr. Cruz's wife, Rebecca. |
| P. 9 | Paragraph 40: Line two should read "Moroni" instead of "Morani" and "Emmanuel (7)" should be stricken from this portion of the report. |
| P.9 | Paragraph 42: Line one should read "Fall 2000" not "June 12, 1997." |
| P. 10 | First line: The wording, "concerned that the process may be interrupted indefinitely over the filing of the instant offense" is not true as per Mr. Cruz and his wife. |
| P. 10 | Paragraph 44, first line: "does not possess a passport" should be changed to "possesses a passport and visa." |
| P. 10 | Paragraph 49, line one: after "secondary education" should read, "and preparatory or high school." |
| P. 11 | Last line: "Market Value $250,000" should be changed to "Market Value $150,000." |
| P. 12 | Under "Debts" two more debts should be added, "Wells Fargo Loan $5,000" and "U.S. Bank Loan $5,000" effectively raising Mr. Cruz's debts by $10,000 or a total debt of $284,000 instead of $274,000. |
| P. 12 | Under Income "Net Salary" should be changed to "Net Commissions." Mr. Cruz would also like the court to know that he is currently unemployed and seeking another line of employment. |
| P. 12 | Under "Necessary Living Expenses" Mr. Cruz would like to add "Child Support $338.00 per month." |

After Mr. Cruz and his wife, Rebecca, went through the aforementioned changes with me regarding the presentence report, I explained to both of them that the changes, if adopted, or at least read by the Court, may not necessarily mean a change in the ultimate sentence Mr. Cruz receives in this matter.  Mr. Cruz and his wife stated that they understood what I stated to them but they still wanted the Court to have the opportunity to consider these changes prior to sentencing.

Sincerely,


John D. Sorge
Attorney at Law


JDS/js

cc:          Lynda Krause, Assistant U.S. Attorney
             Meggen Van Sciver, U.S. Probation Officer

Attachments  (11 pages)